UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN THE MATTER OF:                              Case No. 12-17020-AJC
                                               Chapter 13
ALVARO ALVAREZ

Debtor
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Order Granting [Re: # 19] the Motion to Value and Determine Secured Status of Lien on Real Property Held by Michael Logue, DE 31, was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 30th day of July, 2012.

                                    CORONA LAW FIRM, P.A

                                    /s/ Ricardo Corona, Esq.
                                    RICARDO CORONA, ESQ.
                                    Florida Bar No. 111333
                                    3899 NW 7th Street, 2nd Floor
                                    Miami, FL 33126
                                    (305) 266-1150 Phone
                                    (305) 266-1151 Fax

**Credit Mailing Matrix**
**Case No.: 12-17020-AJC**

Sent via certified mail                 **Nancy N. Herkert, Trustee**
**Michael Logue**                       PO Box 279806
8603 S. Dixie Highway. Suite 409        Miramar, Florida 33027
Miami, Florida 33143

**Office of the US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Alvaro Alvarez**
13690 SW 79 Street
Miami, Florida 33183

<u>Sent Via Certified Mail</u>
**Michael Logue**
5921 Turin Street
Miami, Florida 33146